THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00375-MR-WCM

| | |
|---|---|
| YANCEY COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED COMMUNITY BANK, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney John A. Thomson, Jr. as counsel *pro hac vice*. [Doc. 8]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 8] is **ALLOWED**, and John A. Thomson, Jr. is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

IT IS SO ORDERED.

Signed: January 12, 2021

Martin Reidinger
Chief United States District Judge